IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01739-RBJ

MICHAEL MESSICK,

    Plaintiff,

v.

THE BOARD OF EDUCATION OF DENVER PUBLIC SCHOOL DISTRICT NO. 1,
a political subdivision of the State of Colorado;
DENVER PUBLIC SCHOOL DISTRICT NO. 1, a political subdivision of the State of Colorado;
BUD BULLARD, in his individual capacity and in his official capacity as Director of Network & System Administration and Deputy Chief Information Officer of Denver Public School District No. 1; and
SHARYN GUHMAN, in her individual capacity and in his official capacity as Chief Information Officer of Denver Public School District No. 1.

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **five day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 17, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **October 23, 2014 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury

instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards.aspx .

DATED this 14th day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge