IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01739-RBJ

MICHAEL MESSICK,

    Plaintiff,

v.

THE BOARD OF EDUCATION OF DENVER PUBLIC SCHOOL DISTRICT NO. 1,
a political subdivision of the State of Colorado;
DENVER PUBLIC SCHOOL DISTRICT NO. 1, a political subdivision of the State of
Colorado;
BUD BULLARD, in his individual capacity and in his official capacity as Director of Network
& System Administration and Deputy Chief Information Officer of Denver Public School
District No. 1; and
SHARYN GUHMAN, in her individual capacity and in his official capacity as Chief Information
Officer of Denver Public School District No. 1.

    Defendants.

---

## ORDER APPROVING STIPLUATION OF DISMISSAL WITH PREJUDICE

---

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice, hereby approves the Stipulation of Dismissal with Prejudice and dismisses this action with prejudice. Each party is to bear its own attorneys' fees and costs. All of the scheduled Court dates and other deadlines are vacated.

DATED this 14th day of February, 2014.

                                            BY THE COURT:

                                            _____
                                            R. Brooke Jackson
                                            United States District Judge